## UNITED STATES of America, Plaintiff–Appellee,

v.

## Ndue SOKOLI, Defendant–Appellant.

### No. 03–51399.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 8, 2004.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, Plaintiff–Appellee.

Charles Edward McDonald, McDonald & Associates, Santa Teresa, NM, for Defendant–Appellant.

Before BARKSDALE, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM: *

Ndue Sokoli appeals his conviction of conspiring to possess with intent to distribute 100 kilograms or more of marijuana in violation of U.S.C. § 841(b)(1)(A)(vii). Sokoli appeals on three grounds: (1) that the evidence was legally insufficient to sustain his conviction; (2) that the trial court abused its discretion by admitting a co-conspirator's testimony; and (3) that the district court abused its discretion in its response to a jury inquiry. Having fully considered the arguments of counsel as advanced in briefs and oral argument, and having carefully reviewed the record on appeal, we find that there was sufficient evidence to support the jury conviction, and that the trial court did not abuse its discretion in admitting the co-conspirator's testimony or responding to the jury's inquiry.

The judgment, accordingly, is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.